FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0694

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0694

_____

RICHARD D. REINERT, JR.,

     Petitioner and Appellant,

  v.                                     O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Richard D. Reinert, Jr., to all counsel of record, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2020